UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARKUS A OVERLY, | CASE NO. C11-5908 RBL |
| Plaintiff, | ORDER |
| v. | |
| ERIC K SHINSEKI, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a). The Court has broad discretion in determining an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

As of the date of the filing of this case, Plaintiff indicates that he is employed at a salary of $1,800.00 per month and receives a VA disability of $1,400 per month.

It is apparent that Plaintiff is able to pay the filing fee in this case, and should be required to do so. Accordingly, the Court will **DENY** Plaintiff's application to proceed *in forma*

1    *pauperis*. Plaintiff shall have 30 days from the date of this order to pay the required filing fee or

2    this matter will be dismissed without further notice.

3        Dated this 4th day of November, 2011.

4

5                     _____

                      RONALD B. LEIGHTON

6                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2