HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARKUS A. OVERLY,

        Plaintiff,

    v.

ERIC K. SHINSEKL

        Defendant.

Case No. C11-5908 RBL

ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Reconsider Assigned Counsel [Dkt. #7].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule 7, motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule 7(h). This standard has not been met in this case. Therefore, Plaintiff's Motion to Reconsider Assigned Counsel [Dkt. #7] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 27th day of December, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1